In re Taylor, Jeffrey, Sr.; Taylor, Jeffrey, Jr.; Giles, Shirley Taylor; Lewis, Rosie Taylor; Taylor, Frank; David, Gladys Taylor; Taylor, Genner; Taylor, Ruthie; Taylor, Lamar; Taylor, Kenneth; Taylor, Howard; Taylor, Charles; — Plaintiff(s); applying for writ of certiorari and/or review; Parish of Caddo, 1st Judicial District Court, Div. “C”, No. 353,109; to the Court of Appeal, Second Circuit, No. 26820-CA.
Denied.
CALOGERO, C.J., not on panel.